FILED

2019 MAR 12 PM 3: 19

Robert Lee Manning Jr.
14029 S. Hawthorne Blvd.
Hawthorne, CA, 90250
(424) 212-1131
connectedtothemoney@gmail.com
Robert Lee Manning Jr.

Attorney or Party, In Pro Per

# LACV1901806-AB-JEM

United States District Court Central District of California

| | | |
|---|---|---|
| Robert Lee Manning Jr.., | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | **1. Fraud** |
| The Boeing | | 2. Conspiracy |
| Company, Boeing Aircraft | | |
| Company, Boeing Employee | | |
| Juarez Eric Conley, | | |
| American Airlines Group, Inc., and does 1 | | |
| Through 10, | | |
| Defendants. | ) | |
| | | CA Business Code § 1700 |
| | ) | CCP § 309; 35 USC; |
| | ) | 42 U.S. Code § 1011; 18USC |

- 1 COMPLAINT

1. Plaintiff, Robert Lee Manning Jr. is a United States citizen residing in the City of Los Angeles, California (hereafter "Plaintiff"). Plaintiff location: 14029 S. Hawthorne Blvd., Hawthorne, CA, 90250.

2. Defendant the Boeing Company (hereinafter "defendant") operates the McDonnell Douglas Aircraft Company from the form of a merger. The defendant's main location: Boeing Corporate Services, 100 N. Riverside, Chicago, Illinois, 60606; Counsel in BC722194, One World Trade Center, 27th Floor, Long Beach, California, 90831-2700.

3.  Defendant the Boeing Company Employee Juarez Eric Conley (hereinafter "defendant") worked at the McDonnell Douglas Aircraft Company before The Boeing Company, et al Merger; an engineer consultant / worker for Space X, et al, / Blue Origin, LLC, consulting Rocket engineers. The defendant's main location: Boeing Corporate Services, 100 N. Riverside, Chicago, Illinois, 60606; Counsel in BC722194, One World Trade Center, 27th Floor, Long Beach, California, 90831-2700.

4. Defendant American Airlines Group, Inc. (hereinafter "defendant") operated the McDonnell Douglas Aircraft Company bearing Plaintiff's "Thrust Reverser" intellectual Property, after their merger and unknown formation (s). The defendant's main location: 4333 Amon Carter Blvd., Fort Worth, Texas, 76155-2606

Summary, Court Ruling supporting causes of action relative Plaintiff's "Thrust Reverser" intellectual Property, The Boeings Company, et al., aircraft, The Law:

After the Santa Monica Court ruled on behalf of Plaintiff's Union Led Lawsuit, the Court further regarded Plaintiff's intellectual property he created, installed onto a McDonnell Douglas Aircraft that was ultimately investigated by FBI Agent Meredith A. Burk, in part: "Mr. Manning's employment with the Company and or any of its successors, shall remain so until: (1) Complete compensation for his physical injuries; (2) Lifetime Medical; and (3) having showed proof that the company has [fully] compensated Mr. Manning for his "Thrust Reverser" invention."  The causes of actions and negligent Records Keeping / computer activities up to and including conspiracy (s) alleged, will be proved at Jury Trial. CCP § 309: Which says in part: "A question of fact not put in issue by the pleadings may be tried by a jury, upon an order for the trial, stating distinctly and plainly the question of fact to be tried; and such order is the only authority necessary for a trial." 42 U.S. Code 1011, in part:

Whoever—

**(1)**
knowingly and willfully makes or causes to be made any false statement or representation of a material fact in an application for benefits under this subchapter;
**(2)**
at any time knowingly and willfully makes or causes to be made any false statement or representation of a material fact for use in determining any right to the benefits;
**(3)** having knowledge of the occurrence of any event affecting—
**(A)**
his or her initial or continued right to the benefits; or
**(B)**
the initial or continued right to the benefits of any other individual in whose behalf he or she has applied for or is receiving the benefit,
conceals or fails to disclose the event with an intent fraudulently to secure the benefit either in a greater amount or quantity than is due or when no such benefit is authorized;
**(4)**
having made application to receive any such benefit for the use and benefit of another and having received it, knowingly and willfully converts the benefit or any part thereof to a use other than for the use and benefit of the other individual; or
**(5)**
conspires to commit any offense described in any of paragraphs (1) through (3),
shall be fined under title 18, imprisoned not more than 5 years, or both; Conspiracy, in part: As stated in California **Penal Code 182** PC, a **criminal conspiracy** takes place when one

    agrees with one or more other people to commit a crime, and

12.    one of them commits an overt act in furtherance of that agreement.[1]

Any member of the **conspiracy** may commit the overt act...which doesn't need to be criminal in and of itself. But does need to be performed *before* the commission of the agreed upon offense, et al. Also see 18 USC:

### Statement of Facts

On or about 1992, Plaintiff sued defendant McDonnell Douglas for injuries discovered caused by the defendant. In a recorded exhibit, case number CV13-01137, clearly the Court will see what the Worker's Compensation Court could also see back during that time which was Plaintiff's "Hiring Application." The application proved to the Worker's Compensation Judge that Plaintiff "[dissociated himself and or refused to agree with the terms of the defendants' as it pertains to allocating over any intellectual property (s)." The Judge, in part: "It is discovered that the employee did not agree with the defendant's terms of allocating any of his intellectual property (s) over to the Company and or any of its agents and or anyone the company planned to relinquish to. The Court Finds that McDonnell Douglas Aircraft Company disregarded Mr. Manning's refusal to allocate any possible intellectual property over to them and hired him anyway. McDonnell Douglas clearly accepted the employee's terms. Thus, Mr. Manning is owed proper compensation for said "Thrust Reverser" intellectual Property, 1800 serial number series, Laws Pursuant to 35 USC. The Court expects to have a full report filed with this Court, as to what amount something like this would range in payment. Being that it's a commercial airplane, and something never done before, the Court expects the amount (s) to be pretty [P]ricy. The Court will also finds: it is recommend that the extension of the aircraft recordkeeping, for safety purposes, is extended 20 years past FAR current requirements its maintenance entries, 16" out and about and or purveying said "Thrust Reverser" intellectual property (s) in a 360, 3d angle of said intellectual property. It is so Ordered."

And despite the Courts' findings, defendant American Airlines Group decided they had found a way

to overlook the Courts' Order and Plaintiff's "Thrust Reverser" intellectual property, prompting an

investigation against Plaintiff basically based on his race and or creed, and or his color, and or their

hate, and or their greed and or the geometric model of illegal American infrastructure against blacks

like Mr. Manning seeking free enterprise, a similar and illegal American model, that conducted

against "Black Wall Street" its illegal bombing thereof.  According to the investigating FBI Agent,

Meredith A. Burk of the FBI, Plaintiff, was never accredited for his said "Thrust Reverser" Invention,

exhibit found in this Courts' File, case number CV13-01137 / and or related, by any of the Corporate

structures mentioned – Only the Court. **This is actual Fraud**.

And by the Agent verifying both the airplane and "Thrust Reverser" intellectual property does exist,

it furthers into the allegations of actual conspiracy. The only Federal questions thereafter would

appear: "What are the parameters of the conspiracy against Mr. Manning. Namely, when did all of

this began against the Plaintiff? How long was he to be conspired against and by whom and or what?

How many more fronts of conspiracy is linked against Plaintiff throughout his life? What is the

defendants' motive for defrauding and conspiring against Plaintiff? Plaintiff hopes to find this

information out at trial. And considering things like: Boeing Aircraft Company having lost several of

its high end aircraft, 1 in the ocean filled with genius electrical inventors, and two (2) Boeing 737

amounting in numerous deaths recently, similar in crash ratio circumstance the 2 airplanes, it's safe to

say that The Boeing Company, et all, sets its own parallels involving other circumstances which may

purvey someone like Plaintiff who seeks to create a public path of understanding / know the truth (s).

In fact, furthering investigations into other areas of suspicious and or alleged Fraud and conspiracies

…. Plaintiff would imagine if "We the People" knew that the possibility of other controlling forces

outside common control, also have "the geometrical" capability to remotely down aircraft while

1    diverting actual illegal Acts thereof, to possible pilot error, mechanical, weather, bird strikes (despite

2    manufactures like General Electric / Rolls Royce throws frozen, dead seagull sized birds into its

3    intake systems for testing, before passing Federal inspections. The engine stalls a few seconds, but

4    then regains as though nothing ever happened in most cases) …. people would not be so

5    understanding an alleged geometric "New World Order," or that illegal entity which a defendant in

6

7    another case suggested of its existence to Plaintiff. An entity Plaintiff was never taught in school

8    about, and or does Plaintiff know anything about either. However, Plaintiff hopes to get clarity of this

9    strange entity (which is known by said defendant to be in a secret like controlling position), from this

10   Court: what, when, and how such an alleged entity carries out its businesses and or tactics; with and

11   or against its and or certain people, said entity by said defendant. Nonetheless, Plaintiff believes the

12

13   defendant is committing alleged fraud and conspiracy because of its hate / jealousy / and old racist

14   American models like that conducted against said Black Wall Street but in these new and

15   technological times. In support, Plaintiff was once asked ATA codes during an A&P management

16   position with defendant American Airlines Group; something that a person would [only] know after

17

18   he / she is hired with the airline. This is alleged continuing Fraud behavior. More to; defendants The

19   Boeing Company, et al and American Airlines Group don't have African American males in [Top]

20   Leadership / Corporate and or controlling positions either. And the very idea that Plaintiff created /

21   and invented something the defendants didn't think to do first, then there's motive to defraud and

22

23   conspire against Plaintiff. The airplane bearing Plaintiff's "Thrust Reverser" intellectual property, by

24   Court and Federal Law, that aircraft was supposed to be grounded until the proper paper work and

25   owed money were settled. This was not nor has not been the case by far, on the contrary. As the

26   defendants' alleged greed's taken precedence over Federal Law, the Court Order, over FAR

27   regulations, over complete safety proof thereof, and over compensation still owed to the Plaintiff.

28

It is obviously evident from the defendants' past and current explosions and crashes, a Jury also needs to understand: discovers of an overlapping nature of lingering Fraud and Conspiracy, subsequentially aligned with said devastating chain of events / the potential thereof / with Plaintiff's Civil Rights Violation / and Civil Rights Act 1866, Section number 1981 Violations, etc., the alleged Fraud and Conspiracy behavior following destructive events, they would be alleged Fraud and Conspiring parties to this action; however, unbeknownst to them until it's too late, sort of like those unfortunate victims on defendant Boeing's downed airplanes and or tax payer's relative the events created by companies like Space X / Blue Origin, LLC, for instance. The reason why American Airlines called the FBI on Plaintiff is no different from a black man walking into an expensive / high end store whereas a retail manager sees only a black male, and immediately calls law enforcement. Nothing more or nothing less. As it was later discovered Plaintiff wanted to assure that his intellectual property was still safekept as Ordered / being properly lubricated / properly engineered / not ending up as did said the most recent Boeing 767 killings; or McDonnell Douglas Aircraft event (whereas the Airline tried to get the Pilot to continue to San Francisco to make that money for them. The Flight recorded clearly revealed not only was that not possible, but the Pilot could not even believe the Airline was making such a request at such a very, very bad time): a commercial Alaskan Crash on or about 01-31-00 / and or as Plaintiff's ERAU paper suggested said crash occurred / very, very similar in nature, currently accredited more so to the movie "Flight" (Believes Actor Denzel Washington is totally innocent in this particular infringement situation, who is more than likely a victim / across these Federal Airways / CIA , et al airways / ERAU); and (2) to finally be paid for his said intellectual property / to invest in his OWN / First / only African American Space and Technology Corporation that the United States / World has ever seen / the still struggling only black space and technology corporation of its kind. See Civil Act 1866, Section 1981 and or "economic

inclusion." The "Thrust Reverser" intellectual property on defendant's American Airline Group's MD80 airplane (awaiting the exact phase out date / retirement records), it shall show proof: [Vesting favoring Plaintiff]. This will also further prove said alleged conspiracy and fraud its own prerequisite.

It is obvious that none of the defendants want Plaintiff to be vested, because Plaintiff would become a competitor in the field of aerospace / space and technology. Mind the Court (s), this is an Act of unfair practices. And defendants and their agents all know that Plaintiff's vesting from 1988 to date added with the fact he's never gotten compensated for his "Thrust Reverser" Intellectual Property, it would give Plaintiff a fair and earned chance towards being Lawfully and Rightfully successful in the same industry (s) as defendants, benefiting as an equal United States citizen. But none of the defendants nor its agents want to see Plaintiff having equal anything, less his ideas and intellectual properties contributions. They've all loved Plaintiff for that – for many years. However, they don't want Plaintiff compensated for his own work – alleged Fraud and Conspiracy. Then there's the time of none compliance: there's the Santa Monica Court Workers Compensation case and Order the defendants are so disrespectful to. And even after allegedly defrauding the Court system, the defendants are now trying to manage to get by the said FBI witness / investigation. Defendant American Airlines Groups' airplane, which originated from the McDonnell Douglas Aircraft Lawsuit / JA cases / DAC 343848 / and 137 Interstellar Propulsion "Process" / Spacecraft, [I]T FULLY SATISFIES BOEING AIRCRAFT COMPANY'S PREREQUSITE FOR PLAINTIFF TO BE FULLY VESTED, PERIODS 1988 thru 2019 –. This would be beyond alleged actual Fraud and Conspiracy but criminal Prosecution commands hereon.

Hopefully, this Court will be able to elaborate on how the defendants managed to assert around a Federal Investigation involving a "Thrust Reverser" intellectual property of Plaintiff's, proving up its existence yet still no proof of compliance brought forth from any of these sources?

**Similar Acts about common defendants:**

Defendant Juarez Eric Conley, who worked for The Boeing aircraft Company, et al (possibly retired / consulting), was flown from defendant Boeing on a defendant American Airline Groups' aircraft, to Space X, et al. before its last explosion. He was hired by Space X to assist with their "Vertical Landing" process of stage one its Merlyn engine, Falcon 9 Rocket which the FAA eventually grounded (this was before Elon Musk's SEC violations / a struggling black man would have been placed in prison for – many years) them for. Mr. Conley for Space X, while allegedly conspiring for The Boeing Company, et al, obtained Plaintiff's "TapOff" intellectual property as he also did for Blue Origin, LLC, its "Shepperd Rocket." According to witnesses, Space X held a private and exclusive meting about Plaintiff's RICO case against them: YC071124. Plaintiff later discovered, through the defendants' belated behaviors and or other events, or when Mr. Elon Musk tweeted to the owner of Blue Origin, LLC – after Blue Origin, LLC' success: "Welcome to the Club." It was then that Plaintiff knew that said alleged fraud conspiracy component plead hereon and throughout and its merit standing on payment (s) made by Mr. Musk in the amount of at least $20 million dollars buying him out of Federal trouble, left open the idea on how the defendant hereon may have been able to conduct the exact same behavior (s). The defendants proved their own alleged Fraud and Conspiracies after the FBI Agent proved the very existence of said intellectual property for the, in retrospect. A Jury Trial shouldn't have any problem finding Fraud and Conspiracy against all of the defendants. The Boeing Company, et al, has and is profiting unlawfully and criminally from Plaintiff's hard work and sweat.  The [success] of the defendants is very similar and down the lines of how the United Sates economy got starter – from the sweat of black people slavery: (1) Plaintiff's submissions to Space X whereas engineers were crunching numbers and throwing theirs into the trash relative to speaking with and conferring with Plaintiff (as Plaintiff did with Boeing's Brian Fox and

attorney Shayne L. Wulterin's, Plaintiff submitting his interstellar spacecraft, Photon 137 commonly

known as the "Aurora Borealis Launch Vehicle to them. Plaintiff wish to ger reassurance from the

Court none of the defendants nor its agents will ever try and developed what Plaintiff revealed to

them recently), will be proven at jury trial: Actual emails and telephone calls, and texts, up to and

including Plaintiff being invited to the plant. Mind the Court, Space X / Boeing employee Juarez

Conley, et al could not even speak with Plaintiff until Plaintiff assured them that he was not

developing a traditional rocket. Space X engineers and Boeing, et al employee / defendant Mr.

Conley; Blue Origin, LLC employees, all stated that it would be a "Conflict of Interest" if this was to

transpire. Plaintiff then understood their positions, and assured all of them that he was not into

developing traditional rockets but rather developing a interstellar spacecraft traveling beyond light

speeds – 1.67 Million light years per second and or just under the Hubble expansion rate of the

universe (explanation on a higher up mathematical scale that would be too long to explain hereon);

discovering other habitual planets in space; selling real estate stock into said planets (1 stock, $250

million. It's like a person (s) owning something as large as Los Angeles County but on another

planet, keeps their money and GIVES Plaintiff the interests they would have made while they get a

tax break at the end of the year / WIN – WIN for everyone – even if the spacecraft doesn't work), etc.

After assurance were met, material was transferred, everyone became successful and compensated

except for Plaintiff his submissions. This citing illustration and relationship will prove at trial that the

defendants did conduct Fraud and Conspiracy against Plaintiff his "Thrust Reverser" intellectual

property, similar in nature involving some of the exact same defendants in both time periods: a $20

million dollar SEC fee vs an FBI investigation prompted by defendant American Airlines Group

following no required presented documentation to the now actually known to exist (by the Federal

government), "Thrust Reverser" intellectual property. Plaintiff will also prove at trial that none of the

defendants were in the lane of development: Light Speed Travel. But now suddenly, and, especially when engineers assured Plaintiff that The Boeing Company, et al (defendant Juarez Eric Conley) were not anywhere developing interstellar technology, they are all now talking about doing so today – after Plaintiff and his submission (s). Even the 100YSS starship is at least 1 year behind Plaintiff's 2X filing in this industry. Mind the Court (s), there has not been one individual, company, etc., who have not been intrigued by Plaintiff and or his works either; or his "Thrust Reverser" intellectual property; or his "TapOff" intellectual property (See Space X's rocket specifications and Blue Origin, LLC's); or the nature of Plaintiff's interstellar spacecraft that was placed on a 35 USC 181; his HAARP submissions whereas Plaintiff maintains 2006 documentation that was strangely and quickly pulled down from their site. Plaintiff compared technologies to theirs their sight  ….all of these and many more proofs / contributions Plaintiff has made to the defendants, all will be proven originated from Plaintiff at trial. Plaintiff will also prove how the defendants utilize both inhouse and outside sources to divert the truth. This is commonly known as: actual alleged fraud (s) and conspiracy (s). The Plaintff will lay out a complete diagram of the defendants' geometric diagram to conspire and defraud and the many ways this is all conducted. Such alleged elaborate scehems to allegedly defraud and conspire will include evidences that will be present exact reference points, such as: Randii Wesson, Dave Confor, Retired / alternating Judge Rex Hesseman in Stanley Mosk relative to Judge Stewart Rice Ruling in YC063173 / illegal tampering documents bearing strange symbols – secret and illegal court communicating symbols to commit major real Fraud / felonies also within the Court (See trustee's deed 20085830 / Note: Plaintiff could see Judge Rice / SWD / dept. B was not in on the conspiracy as Judge Hexsseman was (unsure spelling); the Brenda T****** threat letter; the Army, Navy, and Air Force testimony relative the 35 USC 181, etc.,  the Jury will see that Plaintiff has been conspired against all along and on many fronts from a said alleged geometric perspective,

dating far back as to the illegal Act (s) of backlisting by McDonell Douglas Aircraft Company, which

defendants: The Boeing Company and American Ariline Group is continuing by violating Plaintiff's

Civil Rights in this alleged Fraud and Conspiracy case, restraining Plaintiff from owed compensation

his "Thrust Reverser" intellectual property; recognition as a great thinker / inventor; and an equal

position in free enterprise industry: AEROSPACE / SPACE AND TECHNOLOGY (S).

Plaintiff will prove at trial that the defendants utilize advanced technologies and or harassment

devices, afforded to whites to secretly control blacks as Plaintiff. All of the defendants have

contributed and worked in concert: committed alleged fraud, conspiracy, and theft. Defendants are in

violation (s) of Plaintiff's Civil Right as well as alleged Fraud and Conspiracy.

   Defendant American Airlines Group's ability to lobby the FBI to conspire and commit Fraud on its

behalf / personal gain, it's all in violation of 18 USC. As to supporting Plaintiff's contributions claim

relative to alleged Fraud and Conspiracy; the path for interstellar space travel procedures; how Blue

Origin, LLC Sheppard Rocket appears to look and function basically the same in nature as / how

Plaintiff's rough draft drawing shows; Space X's operations of specifications its vertical landing

concept; defendant American Airlines Group and defendant The Boeing Company both profiting

from Plaintiff's "Thrust Reverser" intellectual property noted by FBI;

   A.  YC 071124; the $1.37 Trillion-dollar Federal lawsuit, et al.; devices like, in part:

       AMS-02 on the ISS, LG1, MMS, and the recently launched spacecraft studying

       the Sun's atmosphere and why is it hotter than the actual surface of the sun (that

       mathematical calculation is none traditional, as the sun's gravity services a space-

       time component whereas escaping light – after it takes a million years leaving the

       core and light 8 minutes to arrive to earth, is creating a process in the curvature of

       its traveling path's domain); the X37B that's so secret it exudes suspiciousness

just how the men / woman dress and walk around the vehicle; Plaintiff's Magnetic Reconnection component interfacing "Process (s)" his intellectual property, Tri-interstellar pulsion technology / spacecraft: Photon 137 commonly known as the "Aurora Borealis Launch Vehicle" (a concept NASA is currently infringing upon as the Europeans did to Africa sort of speak); JPL Randii Wesson's testimony at Jury Trial ("no one within the scientific community was even thinking about things as light travel as Mr. Manning"); said "TapOff" also by Plaintiff'; said "Thrust Reverser" intellectual property on said American Airlines airplane investigated by said FBI Agent; all of these and more pieces of evidence shall be proven at Jury Trial all having originated in associative nature from Plaintiff's written submissions, up to and including proof of that the National Security "HOLD" pursuant to: See 35 USC 181 also exists as Plaintiff's "Thrust Reverse" intellectual property being withheld from this Court by the defendants. The United States just doesn't place such a high-end Law on someone's intellectual property, attaching itself so strongly to it (even threatening Plaintiff with espionage charges if he were to leave county to develop it lets say in North Korea for instance) if it's something of little concern and or has no merit and or isn't something of very, very high magnitude. This would make the United Sates Government appear to the public like they don't know what they're doing. A Jury would agree. There is evidence of both alleged Fraud and Conspiracy causes of actions hereon and throughout, all of which will be proven at trial. In fact, the tangible proofs of: Plaintiff's "Thrust reverser" intellectual property and said 35 USC 181 document, will give rise to all the other allegations of alleged Fraud and Conspiracy being

plead hereon and throughout. The connection between these alleged illegal Acts by the defendants, will all render full transparency favoring Plaintiff without doubt to a jury trial …especially an all-black male Jury Trial (something that's never been conducted in this country as have with all-white jury trail cases. This is actual Conspiracy.  "We the People" heard through a long history of theft of blacks / African American intellectual property: The Street Light (Augustus Morgan), first engine, telephone; discovery of the North Pole; first heart surgery; first toy (black woman) ….all black inventors who have been denounced over history up to and including Plaintiff. It must end. The late great Albert Einstein and his association with African American males – past his Lincoln University visit, none of this information was taught. Albert Einstein allowed a famous black woman to live with him because she was denied by whites to have a room  …they just wanted her around and on time to perform and then sent back to her so called place of 3/5 being. These illegal Acts must end. Alleged Fraud and conspiracy alleged hereon and throughout against all of the defednts will be proven at Jury trial; a possible standardization on why the defendants may be committing alleged Fraud and Conspiracy in which Plaintiff alleges hereon and throughout; why are the defendants "Singling Out" Plaintiff so strongly and for so long and on so many fronts / unrelated alleged frauds and conspiracies; and, their association discovered connected to evidence sent to the "Joint Chief of Staff Member (s)," up to and including information Plaintiff uncovered while at Edwards Air Force Base. Things that may shed more light as to WHY ARE THE DEFENDNATS ALLEGEDLY: CONSPIRING, DEFRAUDING, HAVE BEEN AND CONTIUE

TO DO SO; CONSPIRING AND DEFRAUDING, KEEPING PLAINTIFF FROM ANY TYPES OF MONEY HE'S OBVIOUSLY OWED; REFUSE TO TREAT HIM AS AN EQUAL; INFRINGING ON HIS FREEDOM OF FREE WNTERPRISE (S); AND WHY ARE THE DEFEDNTS KEEPING PLAINTIFF FROM BEING COMPENSATED FROM HIS  "THURST REVERSER" INTELLECTUAL PROPERTY, ET L / RECOGNITION THEREOF?

**B.  USPS Tracking®**

Tracking FAQs

**Track Another Package +**

Remove

**Tracking Number: 9505514208798075248742**

**Expected Delivery by**

*Monday* **19 March 2018 by 8:00pm**

**Status**

**Delivered**

March 19, 2018 at 11:50 am

Delivered, To Agent

WASHINGTON, DC 20410

Delivered

## FIRST CAUSE OF ACTION Fraud

Defendant: The Boeing Company, et al, and their employee / agent defendant Juarez Conley and American Airlines Group, according to FBI Agent Meredith A. Burk, does have / had Plaintiff's "Thrust Reverser" intellectual property in and or about their possession, and having profited an undisclosed amount of money from it over many years. It is undisputed Lawfully and Rightfully belonging to Plaintiff. The defendants have been in possession and control of said unauthorized intellectual property. Defendant the Boeing Company, et al is aware of said intellectual property and Court case having followed Plaintiff is owed for. Defendant American Airlines Group have been utilizing said intellectual property God knows for how long on how many passenger flights, without Plaintiff's written and or oral authorization. Defendant American Airline Group, according to said FBI agent who the defendants called themselves, has all the available information on said "Thrust Reverser" intellectual property, yet fails to bring forth said evidence pursuant FAR regulations / public review and or as so required under Federal Aviation Law (s). The Court, in part: "While at McDonnell Douglas Aircraft Company, the "Thrust Reverser" intellectual property Lawfully and Legally belonging to Robert Lee Manning Jr., it shall reflect such ownership as such up to and including it being reflecting within the blue print before an American Airlines purchase is to be completed. Namely, before this 1800 series ship ever leaves McDonnell Douglas Aircraft premises, it shall be grounded under both manufacturing and  Federal Regulations and or until the compliance of this unique situation of said "thrust Reverser" intellectual property ownership and compensation is documented- yet following, aircraft safety guidance pertaining to the applicable Laws such as within the body structure of: AC65-9A; Part 91; Parts 43 of the FAR's, et al.; and all Manufacture Law, the aircraft may also be subjected to amended codifications not yet none, purveying this Order and the d

current process of compliance thereof." However, none of this was ever done by none of the defendants. They have also violated public trust to even follow Court Orders. The defendants' alleged Acts are the exact type of unsafe behavior (s) that causes unfortunate events like the most recent Boeing 767 crashes and or the still missing Boeing Aircraft - $1/2 billion-dollar worth of latest machinery and technology. Defendants continue to prosper from said unauthorized and or alleged Act (s); fraud; direct payments; illegal wire transfers (wire fraud); bank interest fraud; accepting interest from customers on payments to flights bearing Plaintiff's intellectual property customers are totally unaware of, etc. Plaintiff will be making a Motion asking the Court to Grant an injunction, suspending all operations until all related "Thrust Reverser" intellectual property has been adhered and complied to as so originally Ordered by the Court. Defendants have maintained all their prosperity (s), founded on these alleged fraudulent Acts of Fraud, all the whiles Plaintiff continues to struggle to survive on a daily basis, faced with things like leg / knee surgery (s). All of the defendant acted without good reason, violating Plaintiff's Civil Rights, allegedly conspiring to cover up said alleged known Fraud: "Thrust Reverser" intellectual property, which FBI Agent Meredith A. Burke investigated, discovering actually belongs to Plaintiff, with the intent, also violating 18 USC. 42 US, Section number 1011.

## SECOND CASUE OF ACTION CONSPIRACY

Defendants: Juarez Conley for Boeing Aircraft Company, American Airlines, and The Boeing Company, et al., were / are all in concert to cover up Plaintiff's "Thrust Reverser" intellectual property, all their behaviors appearing to be premised on hate and or racism and or greed (s).  The very idea that defendant American Airline Group, and defendant The Boeing Company, et al., cannot deny the existence of said "Thrust Reverser" intellectual property, it proves to this Court and a Jury Trial, alleged conspiracy does exist against Plaintiff and or alleged Conspiracy (s) as it is being

allowed against Plaintiff for some unknown reason (s). In support: If the defendants to try to deny

that said "Thrust reverser" intellectual property does not exist, then they flat out call FBI Agent

Meredith A. Burk and her investigation a Fraud and bold face lie. If they do say it exist, they've

proven Fraud and [Conspiracy] their own testimony. Your honor, it's either other in this case. ,For

the defendants to try and deny the existence of Plaintiff's "Thrust Reverser" intellectual property – on

the American dollar, that would suggest that the FBI Agent is a Fraud colluding with the defendants'

alleged conspiracies. So for an FBI Agent to Lie about something as important as what's being plead

hereon and throughout – under DOJ / FBI/ FAA and Federal Regulations oaths, it can be very, very

detrimental to her position as a Government Official with said organizations, personally. Plaintiff

doubts said Agent would jeopardize her entire Carrere / Position possibly in anti-terrorism as an FBI

Agent, presenting a Lie to this Court (s) involving such importunacy and magnitude the evidence, just

to ensure even that Plaintiff continues suffering how he's alleging the defendants are subjecting him

to; or her maintaining'' their obvious Acts of alleged conspiracy (s) under her oaths of Federal

responsibility, for the defendants and their alleged personal greed's and profit. That's like saying the

United Sates will conspire to do another "Black Wall Street Bombing in these times we're in today,

19/2020, if they see Black males trying to do well as the Plaintiff has done with all of that he's plead

hereon and throughout / his intellectual property (s) he's alleging;

    Plaintiff just doesn't believe that the United States is that bold as before but then again you just

never known. The fact that the defendants are all / mostly bonded into to this way of thinking, a long

history of conspiracy model thinking to inflict black males as complained hereon and throughout: the

defendants; defendant Juarez Conley (The Boeing Company, et al) and how Space X illegally bought

him for $40,000.00 hush money,  Plaintiff is sure the IRS / FBI can find the same evidence as

Plaintiff relative his limited resources up to and including tracking said funds; and, linking them to a

greater conspiracy, that is, of course, if they ever bothered to look. It takes at least 2 individuals

proven having conducted an Act to prove Conspiracy: (1) defendant Boeing, et al has knowledge of

the existence of said intellectual property; and (2) defendant American Airlines Group not only has

knowledge but also actual possession of said aircraft, profiting. The Conspiracy was noted by said

FBI Agent, awaiting said aircraft's log entries. If the entries don't fully exist within her report, there's

evidence of Conspiracy. If the intellectual property / aircraft part is mentioned fully in her report,

Conspiracy is also proven. Defendants continues to maintain an alleged position of a racist structural

design that's purveyed the space and technology industry for many years. As there are no African

American Male Aerospace Companies still to this day in the United States, besides Plaintiff's

struggling one: NOCH Technological Scientific Research Institute, Inc. What The there's no blacks

interested in aerospace / space / physics / math, are all of them rappers and ball players for instance?

Is a Jury going to believe that? No. Blacks have proven to dominate on every front of enterprise /

business, once [ALLOWED IN FROM BEING CONSPIRED UPON] – FCATS. Thus, this same

model is preventing Plaintiff to prosper in and or around the industry. As Plaintiff has proven himself

to: (1) McDonnell Douglas Aircraft Company and the Boeing Company, et al, that he can think,

create, install  invent; (2) Defendant American Airlines that he can manage his own "Thrust

Reverser" invention and or mechanical parts as he too is a certified airman to do so which they

violated; and (3) has proven to the top of the top: the United States Government Plaintiff's is, and, or

as they put it, "Stumbled across something that even NASA won't be able to accomplish in 100

years."  So, the defendants had to have allegedly conspired even against Plaintiff's future since the

development of Plaintiff's "Thrust Reverser" intellectual property. Defendants are continuing to

allegedly conspire, not allowing Plaintiff to be recognized as the great inventor he truly is, appearing

to be apart of their policy / another top priority. This is no different from slavery and or the United

Sates Constitution's 14th Amendment: "Black males shall be viewed as 3/5 of a human being." See Civil Rights Act; 18 USC; and the 14th Amendment of the United Sates Constitution. More Violating Laws will be cited at time of hearing.

## <u>DEMAND (S)</u>

1.  For the first cause of action, Fraud: Plaintiff demands $31,000,000.00 (seven thirty-one million and seven hundred thousand dollars / USD), or whatever the Jury Trial decide.

2.  For the second cause of action, conspiracy: Plaintiff demands $1,000.00 (one million dollars USD), or whatever the court may feel is just, or whatever a jury trial feels is justice.

**JURY TRIAL DEMANDED**

DATED: 03-07-19

Robert Lee Manning Jr.,
In Pre Pea

## **Verification**

   Plaintiff submits under penalty of perjury, that the above hereon and throughout is the truth to the best of his knowledge.

Dated: 03-07-19

                                           Plaintiff, Robert Lee Manning Jr., in Pro Per

**PATENT COOPERATION TREATY**

From the RECEIVING OFFICE

| To<br>ROBERT MANNING<br>P.O. BOX 881972<br>LOS ANGELES, CALIFORNIA 90009 | **PCT** |
|---|---|
| | COMMUNICATION IN CASES FOR WHICH<br>NO OTHER FORM IS APPLICABLE |

| Confirmation No: 3435 | Date of mailing<br>(day/month/year) | 04 Jun 2015 |
|---|---|---|

| Applicant's or agent's file reference | **REPLY DUE**<br>See paragraph 1 below |
|---|---|

| International application No<br>PCT/US2015/026268 | International filing date<br>(day/month/year) |
|---|---|

| Applicant<br>No APC Interest for the Primary Applicant | *Interstellar Spacecraft design/ "process[s]": Photon [3] community Known as the "Aurora Boralis Launch Vehicle"* |
|---|---|

1. 
   ☐ REPLY DUE within _____ months/days from the above date of mailing

   ☒ NO REPLY DUE, however, see below  *35 USC 181*

   ☐ IMPORTANT COMMUNICATION

   ☐ INFORMATION ONLY

2. COMMUNICATION:

   The applicant is hereby notified that the international application has been accorded the international application number indicated above. The applicant is further notified that the record copy of the international application has not yet been transmitted to the International Bureau because the necessary national security clearance has not yet been obtained.

| Name and mailing address of the receiving Office<br>Mail Stop PCT, Commissioner for Patents<br>P.O. Box 1450, Alexandria, VA 22313-1450 | Authorized officer<br>Ulysses Walker |
|---|---|
| Facsimile No. 571-273-3201 | Telephone No. 703-756-1401 |

Form PCT/RO/132 (July 1992, reprint January 2004)

A3